John Harl CAMPBELL,
Respondent/Appellant,

v.

Joyce Anne CAMPBELL,
Appellant/Respondent.

No. WD 44026.

Missouri Court of Appeals,
Western District.

Oct. 29, 1991.

Hugh F. O'Donnell, II, Kansas City, for respondent, appellant.

Charlotte P. Thayer, Kansas City, for appellant, respondent.

Before KENNEDY, P.J., and SHANGLER and FENNER JJ.

ORDER

PER CURIAM.

Appeal and cross-appeal from order dissolving marriage regarding division of marital property, maintenance and attorney's fees.

Judgment affirmed. Rule 84.16(b).